ALEX THOMPSON, Respondent, *v.* ORANGE AND ROCKLAND ELECTRIC COMPANY, Appellant.

(Argued October 1, 1930; decided October 21, 1930.)

*Abram F. Servin* and *Elwood C. Smith* for appellant.
*Elbert N. Oakes* for respondent.

Order of the Appellate Division and that of the Special Term reversed and motion to dismiss complaint granted, with costs in all courts; question certified answered in the affirmative on the authority of *Thompson* v. *Orange & Rockland Electric Company* (254 N. Y. 366); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.